UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

JAMES R. and SHARON K. WELCH, )
 )
Plaintiffs, )
 )
vs. ) Cause No. 4:04cv01402 ERW
 )
3M COMPANY, et al., )
 )
Defendants. )

RECEIVED BY MAIL APR 0 7 2008 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Yarway Corporation respectfully submits this Motion for Substitution of Counsel, and in support thereof, states to the Court as follows:

1.  Thomas D. Veltz (formerly of the law firm of Spencer Fane Britt & Browne LLP) has acted as counsel of record for Defendant Yarway Corporation in the above-entitled and numbered cause.

2.  Yarway Corporation desires that Philip Sholtz of Spencer Fane Britt & Browne LLP be substituted as counsel of record for Defendant Yarway Corporation and that Thomas D. Veltz be granted leave to withdraw as counsel of record for Defendant Yarway Corporation.

WHEREFORE, Defendant Yarway Corporation respectfully requests that the Court grant this motion for substitution of counsel and for all other relief to which Defendant is justly entitled.

SPENCER FANE BRITT & BROWNE LLP

/s/ Thomas D. Veltz  By: /s/ Philip Sholtz
Thomas D. Veltz #101689   Philip Sholtz #518166
  1 N. Brentwood Blvd., Suite 1000
  St. Louis, MO 63105
  (314) 863-7733 (telephone)
  (314) 862-4656 (facsimile)
  psholtz@spencerfane.com

  Attorneys for Defendant Yarway Corporation

GRANTED
James T. Giles
3/20/2008

232409.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2007, the foregoing was filed electronically with the Clerk of the Court, to be served by the operation of the Court's electronic filing system, upon the following:

Walter L. Floyd
Floyd Law Firm, P.C.
8151 Clayton Road, Suite 202
St. Louis, MO 63117-1103
Attorneys for Plaintiff

Richard E. Boyle
Gundlach and Lee
P.O. Box 23560
Belleville, IL 62223-0560
Attorneys for 3M Company

Curtis R. Bailey
Kurowski and Bailey, P.C.
24 Bronze Pointe
Swansea, IL 62226
Attorneys for A.W. Chesterton Company

Edward E. Johnston
Heyl and Royster
P.O. Box 467
Edwardsville, IL 62025
Attorneys for Amchem Products, Certainteed Corporation, DaimlerChrysler Corporation, Dana Corporation, Maremont Corporation, Riley Power, Inc. and Union Carbide Corp.

Peter J. Barkofske
Anheuser Busch Companies
One Busch Place
St. Louis, MO 63118-1852
Attorneys for Asarco, Incorporated and General Electric Company,

Mary A. Hatch
Herzog Crebs LLP
One City Centre, 24th Floor
St. Louis, MO 63101
Attorneys for Borg Warner Corporation

Anthony L. Springfield
Polsinelli and Shalton
700 W. 47th Street, Suite 1000
Kansas City, MO 64112
Attorneys for Crane Co.

Joseph C. Orlet
Steven B. Beshore
Husch and Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Attorneys for Exxon Mobil Oil Corporation

Ryan J. McQueeney
Sanchez and Daniels
333 W. Wacker Drive, Suite 500
Chicago, IL 60606
Attorneys for Ford Motor Company and General Motors Corporation

Robert D. Andrekanic
Gundlach and Lee
P.O. Box 23560
Belleville, IL 62223-0560
Attorneys for Foster Wheeler USA Corporation

Gerard T. Noce
Helpler Broom
800 Market Street, Suite 2300
St. Louis, MO 63101
Attorneys for Georgia Pacific Corporation and Lincoln Electric Company

Thomas J. Kernell
Roberts and Perryman
One US Bank Plaza, Suite 2300
St. Louis, MO 63101
Attorneys for GREFCO, Inc. and Oakfabco

232409.1

| | |
|---|---|
| Albert J. Bronsky<br>Foley & Mansfield<br>1001 Highlands Plaza Drive West, Suite 400<br>St. Louis, MO 63110<br>Attorneys for Cleaver Brooks Company, Inc. and Sealing Equipment Products Company, Inc. | Sean P. Sheehan<br>Helper Broom<br>P.O. Box 510<br>Edwardsville, IL 62025-0510<br>Attorneys for Hobart Brothers Company and The BOC Group, Inc. |
| Andrew J. Cross<br>Polsinelli and Shalton, P.C.<br>101 W. Vandalia, Suite 225<br>Edwardsville, IL 62025<br>Attorneys for Honeywell International, Inc. and Owens-Illinois, Inc. | Charles L. Joley<br>Donovan and Rose<br>Eight E. Washington Street<br>Belleville, IL 62220<br>Attorneys for Metropolitan Life Insurance Co. |
| Theodore D. Agniel<br>Greensfelder and Hemker<br>10 S. Broadway, Suite 2000<br>St. Louis, MO 63102<br>Attorneys for Pfizer, Inc. | Steven B. Moore<br>Rasmussen and Willis<br>9200 Ward Parkway, Suite 310<br>Kansas City, MO 64114<br>Attorneys for Rapid American Corporation |
| Jeffrey L. Enright<br>Matthew J. Fischer<br>Schiff and Hardin<br>233 S. Wacker Drive<br>Chicago, IL 60606<br>Attorneys for Uniroyal Holdings, Inc. | Daniel G. Donahue<br>Foley and Mansfield, P.L.L.P.<br>10011 Highlands Plaza Drive W., Suite 400<br>St. Louis, MO 63110<br>Attorneys for Viacom, Inc. |

/s/ Philip Sholtz

232409.1